EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> María Inés Cintrón Silva | 2007 TSPR 125 <br><br> 171 DPR \_\_\_\_ |

Número del Caso: TS-6415

Fecha: 15 de junio de 2007

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María Inés Cintrón Silva

TS-6415

RESOLUCION

San Juan, Puerto Rico, a 15 de junio de 2007.

Examinada la "Moción en Contestación a Resolución" del 18 de mayo de 2007, presentada por el Colegio de Abogados de Puerto Rico se autoriza a la Lcda. María I. Cintrón Silva, a darse de baja como abogada, según solicitado por ésta.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo